

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 N. Orange St., Ste. 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

May 31, 2005

*CR 05-56*

**Via First Class Mail**
Keith Kincaid
Clerk's Office
U.S. District Court for the District of Delaware
Wilmington, Delaware

Re: **Margaret Tansley**

Dear Keith:

As we have discussed, I am enclosing copies of the following documents agreed to by the government and Margaret Tansley: (i) Information; (ii) Memorandum of Plea Agreement; and (iii) Waiver of Indictment. Ms. Tansley's attorney, John Deckers, and I are requesting that a judge be assigned so that Ms. Tansley may enter a guilty plea. We will present executed copies of these documents at the initial appearance.

Please do not hesitate to contact me or Mr. Deckers should you have any questions. Thank you for your assistance with this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Leonard P. Stark
Assistant United States Attorney

cc: John Deckers, Esq. (via First Class Mail)