IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-056-SLR |
| MARGARET TANSLEY, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 10th day of June, 2005,

IT IS ORDERED that a plea hearing is scheduled for **Friday, June 24, 2005** at **8:00 a.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge