IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. Action No. 05-056-SLR |
| | ) | |
| MARGARET TANSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUANCE OF PLEA HEARING**

COMES NOW, the Defendant, Margaret Tansley, by and through her counsel, John P. Deckers, Esquire, who respectfully requests that this Court continue her plea hearing from June 24, 2005 to June 30, 2005 at 8:00 a.m. In support thereof, the Defendant asserts the following:

1. After receiving a joint request from the parties, this Court, on June 10, 2005, scheduled a plea hearing for June 24, 2005.

2. Counsel for the defendant inadvertently failed to recognize that, on that date, he will be out of state on a previously arranged personal matter. Travel and accommodations have been reserved for some time now.

3. The United States, per AUSA Leonard Stark, does not oppose the requested relief.

WHEREFORE, the Defendant respectfully requests that this Court reschedule the plea hearing from June 24, 2005 to June 30, 3005 at 8:00 a.m.

/s/ JOHN P. DECKERS
John P. Deckers, Esquire (#3085)
300 Delaware Avenue
Suite 1130
Wilmington, DE 19801
(302) 656-9850
Attorney for Defendant Tansley

DATED:     June 14, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. Action No. 05-056-SLR |
| | ) |
| MARGARET TANSLEY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington, this _____ day of June, 2005,

IT IS ORDERED that the plea hearing is rescheduled from Friday, June 24, 2005 at 8:00 a.m. to Thursday, June 30, 2005 at 8:00 a.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I, John P. Deckers, counsel for the Defendant, do hereby certify that on this 14th day of June, 2005 I electronically filed the attached document (Motion for Continuance of Plea Hearing) with the Clerk of the District Court using CM/ECF which will send notification of the filing to the following registered participants:

      **Leonard P. Stark, Esquire**
      Assistant United States Attorney
      Chemical Bank Plaza
      1201 Market Street, Suite 1100
      P.O. Box 2046
      Wilmington, DE 19801

      leonard.stark@usdoj.gov
      marie.steele@usdoj.gov
      ecf.usade@usdoj.gov

      /s/ JOHN P. DECKERS
      John P. Deckers, Esquire (#3085)
      800 N. King Street
      Suite 302
      Wilmington, DE 19801
      (302) 656-9850
      Attorney for Defendant Tansley