IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. Action No. 05-056-SLR |
| | ) | |
| MARGARET TANSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington, this __14th__ day of June, 2005,

IT IS ORDERED that the plea hearing is rescheduled from Friday, June 24, 2005 at 8:00 a.m. to Thursday, June 30, 2005 at 8:00 a.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge