AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MARGARET TANSLEY<br><br>Newark, DE 19702<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   05CR056-1-SLR<br><br>REDACTED |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Wilmington, DE  19801 | Room<br>#100 U.S. Marshal's Office - Deft.<br>To Report By: 8:00 a.m. |
|---|---|
| Before:   THE HONORABLE SUE L. ROBINSON, U.S. DISTRICT JUDGE | Date and Time<br>6/24/05 at 8:00 a.m. |

To answer a(n)
- ☐ Indictment
- x Information
- ☐ Complaint
- ☐ Violation Notice
- ☐ Probation Violation Petition

Charging you with a violation of Title  18  United States Code, Section(s)  1347 and 2

Brief description of offense:

Health Care Fraud

FILED
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Francesca Tassone*
Signature of Issuing Officer

6/13/05
Date

PETER T. DALLEO, CLERK
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: Via cert mail

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  6/20/05
         Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.



