AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

UNITED STATES OF AMERICA
V.
MARGARET TANSLEY

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 05CR056-1-SLR

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set

| | |
|---|---|
| | Room #100 U.S. Marshal's Office - Deft. To Report By: 8:00 a.m. |
| J.S. DISTRICT JUDGE | Date and Time 6/30/05 at 8:00 a.m. |

☐ Violation Notice   ☐ Probation Violation Petition

United States Code, Section(s)  1347 and 2

Health Care Fraud

_Francesca Passone, Deputy Clerk_
Signature of Issuing Officer

Date: 6/14/05

PETER T. DALLEO, CLERK
Name and Title of Issuing Officer